IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SANTANA ROTH MCCAULEY,<br><br>　　　　　　Defendant. | **8:12CR1**<br><br>**ORDER** |

　　　　This matter came on for hearing on February 15, 2013, on Defendant's request for release to inpatient treatment at Williams Prepared Place.

　　　　IT IS ORDERED as follows:

　　　　The Defendant shall be released from custody on February 19, 2013, at 9:00 a.m. so that he can be admitted that same day to Williams Prepared Place, 3525 Evans Street, Omaha, Nebraska.

　　　　The Defendant shall be released from custody on the condition that he immediately enter such program and remain in and follow all of the requirements of such program.

　　　　The Defendant shall execute all necessary release forms to allow his Probation Officer to communicate with the Defendant's counselors and mental health therapists affiliated with Williams Prepared Place.

　　　　The Defendant shall comply with all subsequent recommendations for any aftercare or halfway house placements following completion of inpatient treatment.

　　　　The Defendant shall comply with all previously ordered conditions of probation.

　　　　Should the Defendant be discharged from the program for any reason, or otherwise violate any condition or this order, or the previously set conditions of supervised release, then a warrant shall issue for his arrest.

　　　　IT IS TO ORDERED.

　　　　Dated this 15th day of February, 2013.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　 Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge